**COMMITTEE OF SEVENTY, Philadelphia 3.0, Jordan Strauss, Brian Krisch, and Katherine Rivera, Petitioners**

v.

**The Honorable Sheila A. WOODS–SKIPPER, In Her Official Capacity as President Judge of the Court of Common Pleas of Philadelphia, Respondent**

No. 36 EM 2017

Supreme Court of Pennsylvania.

April 19, 2017

### ORDER

PER CURIAM

**AND NOW,** this 19th day of April, 2017, the Application for Leave to File Original

Process and the Application for Leave to Intervene are **GRANTED**. The Prothonotary is **DIRECTED** to docket the City Commissioners' preliminary objections, as well as Petitioners' answer and supporting brief.

The Petition for Review in the Nature of Mandamus is **DENIED**. The Application to Expedite and the City Commissioners' preliminary objections are **DISMISSED**.

The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

Justice Dougherty did not participate in the consideration or decision of this matter.